James A. McDevitt
United States Attorney
Eastern District of Washington
Jared C. Kimball
Assistant United States Attorney
Matthew Magliaro
Legal Intern
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 28 2006

JAMES R LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BRUCE S. JOHNSTON,

    Defendant.

MJ 06-4079-1

Citation No. F2888066

Order To Close File and Quash Summons

Upon good cause having been shown, this court orders the clerk to administratively close its records pertaining to the above captioned case. The summons issued by this court in the above captioned case for the Defendant's appearance at the July 28, 2006, Yakima Petty Offense Docket is ordered quashed. The closure and quashing of summons is as a result of the Defendant's forfeiture of collateral in the amount of $75.00 in lieu of appearance. This closure is therefore warranted in the interests of justice.

DATED this 28th day of July, 2006.

MICHAEL W. LEAVITT
United States Magistrate Judge

Order To Close File - 1
Johnstonordertoclose.wpd